_Act Willoms [Arthur Terry Willoms]_
Name
P.O. Box 21088
New York, New York 10023-9991
[No Record]
Prison Number

**FILED** ✓ **RECEIVED**
**ENTERED** **SERVED ON**
COUNSEL/PARTIES OF RECORD

2010 AUG 11   A 10: 19

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

_A. Willoms_____,
                    Plaintiff,

vs.

_City Of Las Vegas_____,
_Monte Carlo Casino_____,
_City Of Las Vegas Police_____
_Department_____

_____,
                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:10-cv-01357-GMN-LRL

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

## A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, _A. Willoms_
(Print Plaintiff's name)

who presently resides at _P.O. Box 21088, New York NY_, were
_10023 - 9991_

violated by the actions of the below named individuals which were directed against

Plaintiff at _Monte Carlo Casino, Las Vegas_ on the following dates
(institution/city where violation occurred)

_See Statement_, _See Statement_, and _See Statement_ (
(Count I)          (Count II)          (Count III)

*Defendant 1) ?*

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _Monte Carlo Casino_ resides at _Las Vegas Boulevard_,
   (full name of first defendant)                (address if first defendant)
   and is employed as _Licensed Commercial Business_ This defendant is sued in his/her
   (defendant's position and title, if any)
   _✓_ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

   under color of law: _Deliberate Blockage Of Sidewalk Publicly_
   _Zoned, Not Located Interior To Casino Grounds [!]_

3) Defendant _Las Vegas Police Metro_ resides at _____,
   (full name of first defendant)                (address if first defendant)
   and is employed as _Dispatchers [2]_ . This defendant is sued in his/her
   (defendant's position and title, if any)
   _✓_ individual _✓_ official capacity.  (Check one or both).  Explain how this defendant was acting

   under color of law: _Refused Emergency Assistance Call With Assailant_
   _Screaming And Cursing With Bystanders At Scene Under_
   _Floor Installation "Closed" Under United States Supreme Court [!]_

4) Defendant _Casino Gaming Comission_ resides at _Reno, Nevada_,
   (full name of first defendant)                (address if first defendant)
   and is employed as _Supervisory_ . This defendant is sued in his/her
   (defendant's position and title, if any)
   _✓_ individual _✓_ official capacity.  (Check one or both).  Explain how this defendant was acting

   under color of law: _Instructed Security To Harass And_
   _Assault Plaintiff [!] Refused Use Of Monte Carlo_
   _Casino Acting On Exterior Sidewalk's Public Zoning [!]_
   _Finding Against Commonwealth [!]_

5) Defendant _____ resides at _____,
   (full name of first defendant)                (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
   (defendant's position and title, if any)
   ____ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

   under color of law: _____

   _____

6) Defendant _____ resides at _____ ,
           (full name of first defendant)                 (address if first defendant)

and is employed as _____ . This defendant is sued in his/her
                (defendant's position and title, if any)

___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____


7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

*[handwritten: Racial Discrimination Clause of Casino Gaming Statute; External Surveillance Film Casino Gaming Commission's a Assault (Stalking) Monte Carlo & Racial Profiling Exposure [9, 10 August 2010].]*

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

*[handwritten: See Typed Statement [1].]*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

## COUNT I

The following civil rights has been violated: _See Typed Statement 1)_

_____

_____

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_See Typed Statement 1_

4

## COUNT II

The following civil rights has been violated: _____ See Typed Statement _____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

5

## COUNT III

The following civil rights has been violated: _____ Not Applicable _____

_____

_____

      Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  __✔__ Yes ____ No.  If your answer is "Yes", describe each lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)   Defendants: _Identical To , Above_____

b)   Name of court and docket number: _USSC ; OS Remands q WC___

c)   Disposition (for example, was the case dismissed , appealed or is it still pending?): _Ruling For Primary Hostility [38] Multiple Rule ,_

d)   Issues raised: _See Text [ Multiples ]_____

_____

_____

e)   Approximate date it was filed: _See Text [ Multiples ]_

f)   Approximate date of disposition: _See Text [ Multiples ]_

2)   Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**

_____ Yes   _✓_ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim: _Not Applicable [N/A]_

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:  _N/A_

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous
        ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____
        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:  N/A

a)      Defendants: _____.

b)      Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous
        ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____
        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

3)      Have you attempted to resolve the dispute stated in this action by seeking relief from the
        proper administrative officials, e.g., have you exhausted available administrative grievance
        procedures? ____ Yes ✓ No. If your answer is "No", did you not attempt administrative
        relief because the dispute involved the validity of a: (1) ✓ disciplinary hearing; (2) ✓
        state or federal court decision; (3) ✓ state or federal law or regulation; (4) ✓ parole
        board decision; or (5) ✓ other  WC & Permanent Rule & OSSC
        If your answer is "Yes", provide the following information. Grievance Number _____.
        Date and institution where grievance was filed _____.

        Response to grievance: _____
        _____
        _____

8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

*See Damages [Typed Statement]*

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

10 August 2010
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

9

**Art Walters [Arthur Terry Walters]**

**P.O. Box 21088**

**New York , New York , 10023 – 9991**

**Not Applicable**

Prison Number

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Art Walters , Et. , Al.** | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     CASE NO. _____ |
| **City , Of , Las Vegas , Nevada** , | )           (To be supplied by the Clerk) |
| | ) |
| **Monte Carlo Casino** , | )     **CIVIL RIGHTS COMPLAINT** |
| | )          **PURSUANT TO** |
| **Commonwealth , Of , Nevada** , | )        **42 U.S.C. § 1983** |
| **Casino Gaming Commission** , | ) |
| | ) |
| _____ , | ) |
| Defendant(s). | ) |

## STATEMENT

[Request For Control Number , Las Vegas , Police Department ; Assault , Stalking , a. Mandolay Bay , An , b. Monte Carlo , Casinos , And , c. Civil Rights , Discrimination , Place Station Casino ; For Inclusion , US District Court Case , For : Identical Criminal Behavior]]

# STATEMENT

[Request For Control Number , Las Vegas , Police Department ; Assault , Stalking , a. Mandolay Bay , An , b. Monte Carlo , Casinos , And , c. Civil Rights , Discrimination , Place Station Casino ; For Inclusion , US District Court Case , For : Identical Criminal Behavior]]

1.      The Following Crimes , Were , Committed Between 0230 - 0355   Hours , 10 August 2010 ; a. ASSAULT [Loud Yelling , Ordering The Undersigned To : "Leave Premises" ; "TAPED"  911 Call , Placed , From Cellular , 609 - 225 -0848 ; Misrouted , Twice , By , Tower , Two [2] Emergency Operators Refused , To , Dispatch , An Officer , To , The Premises , Monte Carlo , Las Vegas Boulevard] , b. STALKING : Security Guards , Following Down Said Sidewalk , Refusing , To , End Pursuit , An Continuing , To , Threaten , As , I Walked From Entrance , To The Boulevard , c. Damages : Fear , And , Dread , 10 , 000 , 000 , 000 , 000 . 00 ; Monte Carlo , Inc. [Pay , By , Credit , To , Account] , ( b ) City , Of , Las Vegas , 12 , 000 , 000 , 000 . 00   .  No Use , Of , Any Alternative Orders [a. Russia , b. Russia - US , c. Ukraine ,Et. , Al.] . a. USSS , b. USDOT , Survaillance Films , Requested [Rule 402 , 403 , Federal Rules , Of , Evidence ; Request Served , To , National   Offices] . No Changes   , To , Any Entry ; No Withdrawals From Docket ; Or , Service [!}

2.      ( a ) No Other Counsel [Misrepresentation : Norris Gelman] , ( b ) No Claims [Except The Department , Of , Commerce , For , The Undersigned , With , European Union . Neil Young , An "Union" , Are , "Declined"] ; ( c ) No Specialty Cases , Includes "Tests" , "An Recreates"     ( d ) No Undocketed , Agreements , To , Include Conditions , Of , Domestic , Or , International Citizenship [Guilty : a. Pat Barker , b. Mike Kunz , c. Don Garsas , Rod Ruddock , Marissa Daskalakis , Steve Torres , Daryl Campalia , Las Vegas , Nevada [National Socialist Party] , d. Steve Larson , General , Retired , e. Jessie Jackson , Neil Yong , Joe Biden [BA 13] , George W. Bush [BA 15] , Michele , & , Barak Obama [BA 14] , f. Senator[s] , Harry Reid , John Rangel , g. Associate , Justice Clarence Thomas , Antoin Scalia {Breech , Of , Federal Probation , ASSAULT , STALKING , FRAUD , BY , FALSE OFFICIAL STATEMENTS ; No Amendment , Or , Pardon , Of , Each , Offense , President' Rule , U.S. , V. , Monte Carlo , Et. , Al.} , h. Judge Advocate , Nellis Air Force Base , Las Vegas , Nevada] .  Non - Affiliated , Ex - Officio , Memberships Only , In , ALL United States , ( a. ) Religious , ( b. ) Social , Or , ( c. ) Political Organizations , Per , Rule , The United States District Court , The Eastern District , Of , Pennsylvania , 6 August 2010 . Rule Requested , 9 August 2010 , The United States District Court , Las Vegas , Nevada ; By , The Director , The Bureau , Of , Prisons , For , The Undersigned , On An Administrative Leave , From , NSC Order * , Based   , Upon , Previous Appointed , An Elected Office[s] , Of , Director ["Not A ; a. United Nations , b. Britain , c. Russia n   , d. Ukrainian , e. Mexican , Or , f. Canadian Citizen , The Director , Immigration , An Naturalization Service , In Supercession , 2007 , 24 Month Review Rule , USSC] .

FOR THE CHIEF EXECUIVES [George W[........] , George Bush , And , Lyndon Johnson] :

                                        ArT
                                        Chief Executive [Retired]
                                        Prime Minister [Retired]
                                        Admiral [Retired]
                                        President Judge , European Union [Retired]

**Art Walters [Arthur Terry Walters]**

**P.O. Box 21088**

**New York , New York , 10023 – 9991**

**Not Applicable**

Prison Number

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **Art Walters , Et. , Al.** | ) |
| Plaintiff. | ) |
| | ) |
| vs. | ) |
| **City , Of , Las Vegas , Nevada** | ) |
| | ) |
| **Monte Carlo Casino** | ) |
| | ) |
| **Commonwealth , Of , Nevada** | ) |
| | ) |
| **Casino Gaming Commission** | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

## STATEMENT

[Request For Control Number , Las Vegas , Police Department : Assault , Stalking , a. Mandolay Bay , An , b. Monte Carlo , Casinos , And , c. Civil Rights , Discrimination , Place Station Casino : For Inclusion , US District Court Case , For : Identical Criminal Behavior]]

Facsimile Number : (702) 367 - 2478 , And , (202) 225 - 2497

8 August 2010

Thru :   Manager
Station Casinos . Palace Station
Las Vegas , Nevada

The Clerk , Of , Court
United States District Court
Las Vegas , Nevada

To :   The Director
The Federal Bureau , Of , Prisons
The Department , Of , Justice
Washington , The District , Of , Columbia 20030

SUBJECT : NOTIFICATION OF SUIT ; Rules 3 , 4 , & , 5 , The Federal Rules , Of , Civil
Procedures

Ladies , And , Sirs ,

1.     This Memorandum , Is , A Notification , Of , Intent , To , File Suit , For , The
Violations    , Of , Criminal , An Civil Code[s] Indicated . This Memorandum Contains Date ,
Circumstances , An Time , Of , The Events Causative , Of , Such Violations , Of , Code[s] .
Violations , Are , Based Upon The Record , An Offenses , With , Sentences Issued , In , The
Reference Stated Below [Paragraph 3.] , USDC , NV , 9th CA , And , USSC [WC]["No
Revocations" ; Per ; US Reports , USSC . An A {Public}Policy Vote , Of , The United States
Supreme Court] .

2.     Damages Sought Are , As , Follows ; An Immediate Restoral , Of , ALL Hidden
Account Data [The Station , And , Tropicana Casinos] , An Underwritten Stay Until Data
, Credit Cards , An Members Cards , With , Points Updates , And , Cash Draw Amounts
Accompanying Cards [In , Writing] , Are , Surrendered , With , Receipt , Of , The Sheriff , Of ,
Clark County , Nevada [!]
3. Copies , Of , Confirmation Reports [Stating A Non -Working Exchange , With Multiple
Attempts] , Are , Enclosed [Palace Station] . Phone Bill , Commercial Indicating Call , To , The
Number in Question ; Confirming a Working Exchange [Cellular Phone Number : 609 - 225 -
0848] , Is , Also Enclosed . Film Is Requested [USSS] ; The Ladies Processing Request , Each
Have A Previous Civil Rights Violation[s] , Against , The Undersigned [Report : A Federal
Informant ; A Black Male , Counter Person . Palace Casino][See : U.S. , V. , Palace Station
Casino , Et. , Al. , Title 18 , 42 U.S.C. ; US Reports , USSC , a. Fraud {[Intentional] False
Official Statements} , b. Civil Rights {Discrimination}] . Also , Full Observance , Of , The
Breech[s] , Of , Criminal Probations , Noted During This Incident , To , Include The Use , Of ,
Fraudulent Pardon Numbers [Representing ACP , ASP , Or . Comm. USA Pardons , As , Valid
Official Pardon Numbers ; Such Numbers Cannot Remove Culpability , Or , Guilt][!]

4.     Written Permission , Is , Herein Granted , For , Use , Of , Surrogate Signatures , And ,
Use , Of , Socialist Authority [No Appearance , Test , Recreate {An Exception , Is , U.S. , V. ,
Henderson , Et.    , Al. , 2000 - Present , No Other Recreates , At , This Location , Non - Consent
Clause , Constitution 1. , U.S.C.A. , Bill , Of , Rights , a. Human Rights , b. Religion , Social ,
And , Political Memberships {Non - Affiliation ; U.S.}] , Proof , Or , Device Days Permitted] ,
For , Rule [Staff  Duty , Command Center , The National Command Authority] . An Unlawful
Usage , Of , Federal Communications Equipment , For , Purposeful Interference , In , Citizen's
Usage , Of , The Commercial Equipment [a. Phone , b. Cellular Phone {Refusal , To , Honor
Paid Services , A Facsimile , To , A Working , Telephone Exchange , American Express , In
Violation , Of , Existing Criminal Probations] , c. Radio Transmissions , Frequency 97.10 , Las

Vegas , Nevada [7 , 8 August 2010]: Police Report Number . Of . File , Henderson . And . Las Vegas Police Departments] .

5.      Rule , Is , Requested , Of , The Director , Bureau . Of . Prisons [Supercession] . For . The Undersigned [Guilty : a. Chief , Joint Chiefs , Of , Staff , Exercise Center : b. The Clark County Commissioner . c. Station Casinos {Palace} . d. "Jennifer Anniston" . e. Barak Obama . [B.A.] And . f. The Current Governor . Nevada] . Permission . Does Not Includes Waiver , Or , Pardon Authority . No Foreign Rule . See : Official Decision Memorandum [2007] : Director , Immigration , And , Naturalization Service [Rule] . See Official Surveillance Reports , US Secret Service [No Rule , Title 18 USC , A Lack Of Jurisdiction . Director , Secret Service Auxiliary] .

FOR THE CHIEF EXECUIVES [George W. Bush , George Bush , And , Lyndon Johnson] :

ArT
Chief Executive [Retired]
Prime Minister [Retired]
Admiral [Retired]
President Judge , European Union [Retired]

Certificate , Of , Mailing , Submitted , On 5 August 2010 [Submitted To Docket , Appeal Number
: 2010 – 5114 , Records WIN , IFP Rule , USSC , Per , This Case , An It's Motion {DOJ OAG Rule}]
[Xerox , USPS Certificate , Enclosed]

AMERICAN EXPRESS [Gift Cards][Photo Image ,Of , Gift Card Enclosed]

Please , Delete The Following Charges :

1 -Duplicate Posting [Paid Cash]
08 / 03 / 2010      P14AH4919445N51VK (100.00)

2 – P14AGU9ZO(259PJ1L92 (31.35) 08 / 03 / 2010
Advance Deposit [Duplicate Charge , Station Casinos]

3 – 753271000YYN (64.63) U – HAUL [Erronious Charge ,
Confirmed , With Merchant]

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : 08-08-'10 15:45 |
| FAX NO.1 | : |
| NAME | : |

|  |  |
|---|---|
| FILE NO. | : 019 |
| DATE | : 08.08 15:44 |
| TO | : ☎518019452771**24 |
| DOCUMENT PAGES | : 1 |
| START TIME | : 08.08 15:44 |
| END TIME | : 08.08 15:45 |
| PAGES SENT | : 0 |
| STATUS | : 0050 |

***     TX FAILURE NOTICE                    ***

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : 08-08-'10 15:41 |
| FAX NO.1 | : |
| NAME | : |

|  |  |
|---|---|
| FILE NO. | : 017 |
| DATE | : 08.08 15:40 |
| TO | : ☎518019452771**24 |
| DOCUMENT PAGES | : 1 |
| START TIME | : 08.08 15:40 |
| END TIME | : 08.08 15:41 |
| PAGES SENT | : 0 |
| STATUS | : 0050 |

***     TX FAILURE NOTICE                    ***

MEMORY TRANSMISSION REPORT

```
                                    TIME          :08-08-'10 15:41
                                    FAX NO.1       :
                                    NAME           :


FILE NO.            :   017
DATE                :   08.08 15:40
TO                  : ☎518019452771**24
DOCUMENT PAGES      :   1
START TIME          :   08.08 15:40
END TIME            :   08.08 15:41
PAGES SENT          :   0
STATUS              :        0050
```

               \*\*\*    TX FAILURE NOTICE           \*\*\*

**Certificate , Of , Mailing , Submitted , On 5 August 2010 [Submitted To Docket , Appeal Number : 2010 − 5114 , Records WIN , IFP Rule , USSC , Per , This Case , An It's Motion (DOJ OAG Rule)] [Xerox , USPS Certificate , Enclosed]**

**AMERICAN EXPRESS [Gift Cards][Photo Image ,Of , Gift Card Enclosed]**

      **Please , Delete The Following Charges :**

          **1 -Duplicate Posting [Paid Cash]**
            **08 / 03 / 2010     P14AH4919445N51VK (100.00)**

          **2 − P14AGU9ZO(2S9PJ1L92 (31.35) 08 / 03 / 2010**
            **Advance Deposit [Duplicate Charge , Station Casinos]**

          **3 −- 753271000YYN (64.63) U − HAUL [Erronious Charge ,**
            **Confirmed , With Merchant]**

MEMORY TRANSMISSION REPORT

|  |  |  |
|---|---|---|
| TIME | : 08-08-'10 17:27 |
| FAX NO.1 | : |
| NAME | : |

| | | |
|---|---|---|
| FILE NO. | : | 022 |
| DATE | : | 08.08 17:21 |
| TO | : ☎ 98404438 |
| DOCUMENT PAGES | : | 1 |
| START TIME | : | 08.08 17:21 |
| END TIME | : | 08.08 17:27 |
| PAGES SENT | : | 0 |
| STATUS | : | 0050 |

***      TX FAILURE NOTICE            ***

Certificate , Of , Mailing , Submitted , On 5 August 2010 [Submitted To Docket , Appeal Number
: 2010 — 5114 , Records WIN , IFP Rule , USSC , Per , This Case , An It's Motion {DOJ OAG Rule}]
[Xerox , USPS Certificate , Enclosed]

AMERICAN EXPRESS [Gift Cards][Photo Image ,Of , Gift Card Enclosed]

Please , Delete The Following Charges :

1 -Duplicate Posting [Paid Cash]
08 / 03 / 2010      P14AH4919445N51VK (100.00)

2 — P14AGU9ZO(259PJ1L92 (31.35) 08 / 03 / 2010
Advance Deposit [Duplicate Charge , Station Casinos]

3 — 753271000YYN (64.63) U — HAUL [Erronious Charge ,
Confirmed , With Merchant]

MEMORY TRANSMISSION REPORT

```
                                    TIME        :08-08-'10 17:45
                                    FAX NO.1     :
                                    NAME         :
```

```
FILE NO.          :   024
DATE              :   08.08 17:36
TO                : ☎98668404438
DOCUMENT PAGES    :   1
START TIME        :   08.08 17:36
END TIME          :   08.08 17:45
PAGES SENT        :   0
STATUS            :        0050
```

```
              ***    TX FAILURE NOTICE              ***
```

Certificate , Of , Mailing , Submitted , On 5 August 2010 [Submitted To Docket , Appeal Number
: 2010 – 5114 , Records WIN , IFP Rule , USSC , Per , This Case , An It's Motion {DOJ OAG Rule}]
[Xerox , USPS Certificate , Enclosed]

AMERICAN EXPRESS [Gift Cards][Photo Image ,Of , Gift Card Enclosed]

    Please , Delete The Following Charges :

        1 -Duplicate Posting [Paid Cash]
           08 / 03 / 2010      P14AM4919445N51VK (100.00)

        2 – P14AGU9ZO(259PJ1L92 (31.35) 08 / 03 / 2010
           Advance Deposit [Duplicate Charge , Station Casinos]

        3 – 753271000YYN (64.63) U – HAUL [Erronious Charge ,
           Confirmed , With Merchant]

```
MEMORY TRANSMISSION REPORT
```

|  |  |
|---|---|
| TIME | : 08-08-'10 17:34 |
| FAX NO.1 | : |
| NAME | : |

| | | |
|---|---|---|
| FILE NO. | : | 023 |
| DATE | : | 08.08 17:28 |
| TO | : ☎98404438 |
| DOCUMENT PAGES | : | 1 |
| START TIME | : | 08.08 17:28 |
| END TIME | : | 08.08 17:34 |
| PAGES SENT | : | 0 |
| STATUS | : | 0050 |

```
***     TX FAILURE NOTICE          ***
```

Certificate , Of , Mailing , Submitted , On 5 August 2010 [Submitted To Docket , Appeal Number
: 2010 — 5114 , Records WIN , IFP Rule , USSC , Per , This Case , An It's Motion (DOJ OAG Rule)]
[Xerox , USPS Certificate , Enclosed]

AMERICAN EXPRESS [Gift Cards][Photo Image ,Of , Gift Card Enclosed]

    Please , Delete The Following Charges :

        1 -Duplicate Posting [Paid Cash]
          08 / 03 / 2010     P14AH4919445N51VK (100.00)

        2 — P14AGU9ZO(259PJ1L92 (31.35) 08 / 03 / 2010
          Advance Deposit [Duplicate Charge , Station Casinos]

        3 — 753271000YYN (64.63) U — HAUL [Erronious Charge ,
          Confirmed , With Merchant]

TRANSMISSION VERIFICATION REPORT

```
TIME   : 08/09/2010 17:42
NAME   : FEDEX OFFICE    1302
FAX    : 702--383-9967
TEL    : 2125563325
SER.# : 000E7J883098
```

```
DATE,TIME          08/09  17:41
FAX NO./NAME       18668404438
DURATION           00:00:17
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

# STATION CASINOS

**PALACE STATION**
2411 WEST SAHARA
LAS VEGAS        NV 89102
800/634-3101
RESERVED FOR

ARTHUR WALTERS

PO BOX 20188

NEW YORK        NY 10023

PLEASE NOTE: The hotel offers fireproof safe deposit boxes located at the registration desk, we cannot be responsible for money, jewelry, documents or other valuables left in your room.
Please lock your vehicle and leave it in a designated area. Management is not responsible for theft, fire or other damage.

Page  2

Check-in By:  **GBEILY**

**Guest Pay**

| | ROOM | ACCOUNT | DEPARTURE |
|---|---|---|---|
| | PT 10027 | 403895151522 | 8/09/10 |
| ARRIVAL DATE & TIME | | # OF GUESTS ROOM/TYPE | |
| | 8/03/10 | 2 | |

Folio #: 403896070645

RATE DESCRIPTION

9B00029

METHOD OF PAYMENT

SHARE WITH _____  ACCT. _____
I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges must be made within five days after my departure.

GUEST SIGNATURE _____

| No. | Date | Description | Amount | Total |
|---|---|---|---|---|
| 403969000782 | 08/07/10 | HOTEL SERVICES FEE | 16.79 | |
| | | HOTEL SERVICE FEE ($14.99 | | |
| 403969002106 | 08/07/10 | ROOM CHARGE PT10027 | 49.99 | |
| | | TAX | 6.00 | |
| 403979000580 | 08/08/10 | HOTEL SERVICES FEE | 16.79 | |
| | | HOTEL SERVICE FEE ($14.99 | | |
| 403979001870 | 08/08/10 | ROOM CHARGE PT10027 | 39.99 | |
| | | TAX | 4.80 | |
| 403986473666 | 08/09/10 | PAID OUT | 223.16 | |
| | | REFUND | | |

SUMMARY OF CHARGES

| | | | |
|---|---|---|---|
| | ROOM | 349.88 | |
| | TAX2 | 42.00 | |
| TOTAL OF CHARGES | | 391.88 | |

PALACE STATION                                    .00

---

**HOTEL GUEST**                    STATION CASINOS

ROOM NO.

NAME

ARRIVAL                DEPARTURE
                       CHECK OUT 12 NOON

SIGNATURE _____
VALID ONLY WHEN SIGNED, EXPIRES UPON DEPARTURE

**HOTEL GUEST**                    STATION CASINOS

ROOM NO.

NAME

ARRIVAL                DEPARTURE
                       CHECK OUT 12 NOON

SIGNATURE _____
VALID ONLY WHEN SIGNED, EXPIRES UPON DEPARTURE

# STATION CASINOS

PALACE STATION
2411 WEST SAHARA
LAS VEGAS        NV 89102
800/634-3101
RESERVED FOR

ARTHUR WALTERS

PO BOX 20188

NEW YORK        NY  10023

**PLEASE NOTE:** The hotel offers fireproof safe deposit boxes located at the registration desk, we cannot be responsible for money, jewelry, documents or other valuables left in your room.
Please lock your vehicle and leave it in a designated area. Management is not responsible for theft, fire or other damage.

Check-in By: **GBEILY**

Page  1

**Guest Pay**

| | ROOM | ACCOUNT | DEPARTURE |
|---|---|---|---|
| | PT 10027 | 403895151522 | 8/09/10 |
| ARRIVAL DATE & TIME | | # OF GUESTS ROOM/TYPE | |
| 8/03/10 | | 2 | |

Folio #: 403896070645

RATE DESCRIPTION

9B00029

METHOD OF PAYMENT

SHARE WITH _____ ACCT. _____

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges must be made within five days after my departure.

GUEST SIGNATURE

| No. | Date | Description | Amount | Total |
|---|---|---|---|---|
| 403926070646 | 08/03/10 | APPLIED DEPOSIT | 44.79- | |
| | | ***********1208 | | |
| 403926070787 | 08/03/10 | FRONT DESK AMERICAN EXP | 100.00- | |
| | | ***********1208 | | |
| 403926070940 | 08/03/10 | CASH | 470.25- | |
| 403929000518 | 08/03/10 | HOTEL SERVICES FEE | 16.79 | |
| | | HOTEL SERVICE FEE ($14.99 | | |
| 403929001312 | 08/03/10 | ROOM CHARGE PT10027 | 39.99 | |
| | | TAX | 4.80 | |
| 403939000441 | 08/04/10 | HOTEL SERVICES FEE | 16.79 | |
| | | HOTEL SERVICE FEE ($14.99 | | |
| 403939001227 | 08/04/10 | ROOM CHARGE PT10027 | 39.99 | |
| | | TAX | 4.80 | |
| 403949000468 | 08/05/10 | HOTEL SERVICES FEE | 16.79 | |
| | | HOTEL SERVICE FEE ($14.99 | | |
| 403949001389 | 08/05/10 | ROOM CHARGE PT10027 | 39.99 | |
| | | TAX | 4.80 | |
| 403959000762 | 08/06/10 | HOTEL SERVICES FEE | 16.79 | |
| | | HOTEL SERVICE FEE ($14.99 | | |
| 403959001994 | 08/06/10 | ROOM CHARGE PT10027 | 49.99 | |
| | | TAX | 6.00 | |

PALACE STATION

---

| **HOTEL GUEST** | STATION CASINOS |
|---|---|
| ROOM NO. | |
| NAME | |
| ARRIVAL | DEPARTURE CHECK OUT 12 NOON |
| SIGNATURE | |
| VALID ONLY WHEN SIGNED, EXPIRES UPON DEPARTURE | |

| **HOTEL GUEST** | STATION CASINOS |
|---|---|
| ROOM NO. | |
| NAME | |
| ARRIVAL | DEPARTURE CHECK OUT 12 NOON |
| SIGNATURE | |
| VALID ONLY WHEN SIGNED, EXPIRES UPON DEPARTURE | |