AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

ART WALTERS,

              Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CITY OF LAS VEGAS, et al.,

Case Number: 2:10-cv-01357-GMN-LRL

              Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Complaint is DISMISSED with prejudice as irrational and frivolous.

| November 17, 2010 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Michael Zadina |
| | (By) Deputy Clerk |